# OCTOBER, 1935

JOHN DOAN ET AL. V. CATTLE RAISERS LOAN COMPANY ET AL.

Application No. 21,564.   Decided October 30, 1935.
(86 S. W., 2d Series, 1082.)

*W. H. Penix,* of Mineral Wells, for plaintiff in error.

PER CURIAM.

The application for writ of error is refused because of our approval of the decision of the Court of Civil Appeals holding

that the Act of the Legislature involved in the cause is in contravention of Article 1, Section 16, of the Constitution of Texas. We deem it unnecessary to determine, and we do not determine, whether the Act violates any provision of the Constitution of the United States.

Opinion delivered October 30, 1935.